JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163173)
Chief, Criminal Division

DANIEL R. KALEBA (CABN 223789)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5061
   FAX: (408) 535-5066
   daniel.kaleba@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 08-70382 RS |
|       Plaintiff, ) | |
|   v. ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME |
| JUAN MANUEL SILVA-QUESADA, ) | |
|       Defendant. ) | SAN JOSE VENUE |

     On July 10, 2008, defendant JUAN MANUEL SILVA-QUESADA appeared before the Court for a preliminary hearing. At the appearance, defendant waived time and requested discovery from the United States. The Court set the matter for arraignment before Judge Trumbull on August 7, 2008. Counsel for the United States requested an exclusion of time under the Speedy Trial Act from July 10, 2008 to August 7, 2008. The defendant, through counsel, agreed to the exclusion.

//

//

//

//

STIPULATION AND [PROPOSED] ORDER
No. 08-70382 RS                             1

1 | The undersigned parties agree and stipulate that an exclusion of time is appropriate based
2 | on the defendant's need for continuity of counsel and effective preparation.

5 | SO STIPULATED:                    JOSEPH P. RUSSONIELLO
                                      United States Attorney

7 | DATED: 7/22/08                             /s/
                                      _____
                                      DANIEL R. KALEBA
8 |                                   Assistant United States Attorney

10 | DATED: 7/23/08                            /s/
                                      _____
                                      RICHARD POINTER
11 |                                  Counsel to Defendant

14 | Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded
15 | under the Speedy Trial Act from July 10, 2008 to August 7, 2008.  The Court finds, based on the
16 | aforementioned reasons, that the ends of justice served by granting the requested continuance
17 | outweigh the best interest of the public and the defendant in a speedy trial.  The failure to grant
18 | the requested continuance would deny defense counsel reasonable time necessary for effective
19 | preparation and continuity, taking into account the exercise of due diligence, and would result in
20 | a miscarriage of justice.  The Court therefore concludes that this exclusion of time should be
21 | made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).
22 | SO ORDERED.

24 | DATED:_____           _____
                                      HOWARD R. LLOYD
25 |                                  United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
No. 08-70382 RS                            2