JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

DANIEL R. KALEBA (CABN 223789)
Assistant United States Attorney

    150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone:  (408) 535-5043
FAX: (408) 535-5066
daniel.kaleba@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 08-70382 RS |
|     Plaintiff, | ) | |
| v. | ) | SUBSTITUTION OF ATTORNEY |
| JUAN MICHAEL SILVA-QUESADA, | ) | |
|     Defendant. | ) | |
| | ) | |

    Please take notice that as of July 24, 2008, the Assistant United States Attorney whose name, address, telephone number and e-mail address are listed below was assigned to be counsel for the government.

        Assistant U.S. Attorney Daniel Kaleba
        150 Almaden Blvd, Suite 900
        San Jose, California 95113
        Telephone: (408)535-5043
        e-mail: Daniel.Kaleba@usdoj.gov

DATED: July 24, 2008            Respectfully Submitted,

                     JOSEPH P. RUSSONIELLO
                     United States Attorney

                          /s/
                     DANIEL KALEBA
                     Assistant United States Attorney